IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID D. KENT, :
    Plaintiff :
:
    vs. : CIVIL NO. 1:CV-09-1701
:
    (Judge Caldwell)
WARDEN BLEDSOE, et al., :
    Defendants : (Magistrate Judge Blewitt)

*O R D E R*

AND NOW, this 2nd day of March, 2010, upon consideration of the report (doc. 15) of the magistrate judge, filed January 15, 2010, to which no objections have been filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report is adopted.

    2. Plaintiff's motions (doc. 11 and 12) to file amended complaints are denied.

    3. The Clerk of Court shall close this file.

                                    /s/William W. Caldwell
                                      William W. Caldwell
                                      United States District Judge